In the Matter of Elizabeth W. Morris et al., Respondents, against Commissioner of Assessment and Taxation of the City of Albany et al., Appellants.— Motion for a stay granted upon condition that the appellants perfect the appeal on or before February 22, 1960 and are ready for argument at the March Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claims of Stanley Fisher et al., Respondents. Martin P. Catherwood, as Industrial Commissioner of the State of New York, Appellant.— Motion for leave to serve notice of appeal by mail upon 52 claimants granted. Motion by the Attorney-General for the appointment of an attorney and counselor at law to represent the claimants-respondents on this appeal pursuant to section 538 (subd. 1, par. [e]) of the Labor Law. Motion granted and Donald L. Slater, Esq., 12 Central Ave., Cortland, New York is hereby appointed as attorney for such claimants-respondents. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of Philip A. Kornely, Respondent. Martin P. Catherwood, as Industrial Commissioner of the State of New York, Appellant.— Motion by the Attorney-General for the appointment of an attorney and counselor at law to represent the claimant-respondent pursuant to section 538 (subd. 1, par. [e]) of the Labor Law. Motion granted and Howard A. Levine, Esq., 206 Lafayette St., Schenectady 5, New York is hereby appointed as attorney for the claimant-respondent. Present — Bergan, P. J., Coon, Gibson and Herlihy, JJ.

## (February 26, 1960)

Anna McCauley, as Executrix of Roderick McCauley, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 32614.) Gordon Deshaw, as Administrator of the Estate of Wanda Deshaw, Deceased, Appellant, v. State of New York, Respondent. (Claim No. 32615.) Henry S. Salamy et al., as Administrators of the Estate of Joseph H. Salamy, Deceased, Appellants, v. State of New York, Respondent. (Claim No. 32628.) — Order settled and filed. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.